JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SLAV PAVLINOV PEEV,<br>Petitioner,<br>v.<br>D. MARIN, et al.,<br>Respondents. | Case No. 5:26-cv-00882-MCS-DMK<br>ADELANTO<br>**JUDGMENT** |

Pursuant to the Court's Order Re: Report and Recommendation of U.S. Magistrate Judge,

IT IS ADJUDGED that the petition for writ of habeas corpus is granted. Respondents shall immediately release Petitioner Slav Pavlinov Peev (A# 062-772-494) on his prior conditions of release and return any confiscated property and documents upon his release.

DATED: July 30, 2026

Mark C. Scarsi

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE